**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000034
27-AUG-2025
07:59 AM
Dkt. 48 ODSLJ**

NO. CAAP-24-0000034

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MARSHALL MARTINEZ, Petitioner-Appellant,
v.
STATE OF HAWAIʻI; SHANNON CLUNEY, Respondents-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CPN-23-0000010)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Hiraoka, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon review of the record in CAAP-24-0000034 and 2CPN-23-0000010,[1] it appears that:

(1) On January 17, 2024, self-represented Petitioner-Appellant Marshall Martinez (**Martinez**) filed the "Notice of Partial Appeal" from the December 28, 2023 "Order Regarding Petitioner's Motion to Argue on Non-Conforming Rule 40 Petition" (**December 28, 2023 Order**) entered by the Circuit Court of the Second Circuit (**circuit court**).

(2) Hawaiʻi Rules of Penal Procedure (**HRPP**) Rule 40(h) states "[a]ny party may appeal from a judgment entered in the proceeding in accordance with Rule 4(b) of the Hawaiʻi Rules of

---

[1] The court takes judicial notice of the record in 2CPN-23-0000010. Hawaiʻi Rules of Evidence Rule 201.

Appellate Procedure [(**HRAP**)]."  "[P]ursuant to HRAP Rule 4(b), an appeal from an order denying post-conviction relief must either be filed within thirty days after the entry of the order denying the HRPP Rule 40 petition or, in the alternative, after the announcement but before the entry of the order." Grattafiori v. State, 79 Hawaiʻi 10, 13, 897 P.2d 937, 940 (1995).

(3)  The record indicates that the circuit court has not entered a decision that resolves Martinez's HRPP Rule 40 petition for post-conviction relief.

(4)  The appeal is premature and the court lacks appellate jurisdiction because the circuit court has not entered an appealable final order.  See id. at 14, 897 P.2d at 941 ("While we treat an appeal as timely where a defendant has filed his or her notice of appeal *after* the court has announced an oral decision but before the entry of a written order or judgment, *see* HRAP 4(b), we cannot do so where the court has rendered no decision whatsoever.").

(5)  When the court "perceive[s] a jurisdictional defect in an appeal, [it] must, *sua sponte*, dismiss that appeal." Bacon v. Karlin, 68 Haw. 648, 650, 727 P.2d 1127, 1129 (1986).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

DATED:  Honolulu, Hawaiʻi, August 27, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge